UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
OCEANA CONDOMINIUM NO. ONE,

      Plaintiff,                                                Docket No. 1:14-cv-02535-FB-RLM

      v.

WILLIAM CRAIG FUGATE, IN HIS OFFICIAL
CAPACITY AS ADMINISTRATOR OF THE
FEDERAL EMERGENCY MANAGEMENT
AGENCY, FIDELITY NATIONAL PROPERTY
AND CASUALTY INSURANCE COMPANY,
FIDELITY NATIONAL PROPERTY AND
CASUALTY INSURANCE COMPANY d/b/a
WRIGHT NATIONAL FLOOD INSURANCE          STIPULATION EXTENDING
COMPANY, WRIGHT NATIONAL FLOOD               TIME TO ANSWER
INSURANCE COMPANY, COOPER SQUARE
REALTY, INC., TM ROSS INSURANCE
BROKERAGE, LLC, TODD M. ROSS,
FS INSURANCE BROKERS OF NEW YORK, LLC,
FS INSURANCE BROKERS, INC.,
FS INSURANCE BROKERS OF NEW YORK,
LLC d/b/a FS INSURANCE
BROKERS OF NY, LLC, FS INSURANCE
BROKERS, INC. d/b/a FS INSURANCE
BROKERS OF NY, LLC, FS INSURANCE
BROKERS, LLC, FS INSURANCE
BROKERS, LLC d/b/a FS INSURANCE
BROKERS OF NY, LLC and ARTHUR J.
GALLAGHER RISK MANAGEMENT SERVICES,
INC.,

      Defendants.
--------------------------------------------------------------------X

**IT IS HEREBY STIPULATED** that the time for the defendants FIDELITY NATIONAL PROPERTY AND CASUALTY INSURANCE COMPANY, FIDELITY NATIONAL PROPERTY AND CASUALTY INSURANCE COMPANY d/b/a WRIGHT NATIONAL FLOOD INSURANCE COMPANY, and WRIGHT NATIONAL FLOOD INSURANCE COMPANY to serve an Answer or to

make any motion with relation to the Summons or to the Complaint in this action is hereby extended to and including the 16th day of August, 2014.

Dated:  Brooklyn, New York
         June 27, 2014

| Wilkofsky, Friedman, Karel & Cummins | McMahon, Martine & Gallagher, LLP |
|---|---|
| /s/ Roman Rabinovich | /s/ Patrick W. Brophy |
| BY:  Roman Rabinovich, Esq. | BY :  Patrick W. Brophy, Esq. |
| Attorneys for the Plaintiff | Attorneys for the Defendant FIDELITY NATIONAL PROPERTY AND CASUALTY INSURANCE COMPANY, FIDELITY NATIONAL PROPERTY AND CASUALTY INSURANCE COMPANY d/b/a WRIGHT NATIONAL FLOOD INSURANCE COMPANY, and WRIGHT NATIONAL FLOOD INSURANCE |
| 299 Broadway, Suite 1700 | 55 Washington Street, Suite 720 |
| New York, NY  10007 | Brooklyn, NY  11201 |
| (212) 285-0510 | (212) 747-1230 |
| | Our File No.: 628.0031 |

So Ordered:

_____
Roanne L. Mann, U.S.M.J.